IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEIA MONTGOMERY and<br>KRISTEN MEGHAN KELLY,<br><br>        Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:21-CV-2715-C |

## ORDER

It is hereby **ORDERED** that Plaintiffs' Motion to Amend Scheduling Order be **DENIED** as moot following entry of the Court's Order of even date.

SO ORDERED.

Dated June 13, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE